1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

14  EVAN WEAVER,

15              Plaintiff,

16      vs.

17  TAMPA INVESTMENT GROUP, LLC,

18              Defendant.

Case No. CV-12-01117 EJD (PSG)

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME TO HEAR PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND MODIFY CASE MANAGEMENT ORDER

[LOCAL RULES 6-1(b) and 6-3]

Date:        TBD
Time:        TBD
Courtroom:   4
Before:      Hon. Edward J. Davila

19
20
21
22
23
24
25
26
27
28

The Court, having considered the motion papers and arguments of counsel, HEREBY ORDERS that:

1. Plaintiff Evan Weaver's Motion to Shorten Time to Hear His Motion for Leave to File First Amended Complaint and Modify Case Management Order ("Motion to Amend") is GRANTED.

2. Defendant Tampa Investment Group, LLC's opposition to Weaver's Motion to Amend, if any, shall be filed on or before November 26, 2012;

3. Any reply brief by Weaver in support of his Motion to Amend shall be filed on or before December 3, 2012

The hearing on the Motion to Amend shall be set for December 21, 2012, at 9:00 a.m. unless the Court decides the matter without oral argument.

IT IS SO ORDERED.

Dated: November 20, 2012  
Honorable Edward J. Davila

Page 1