United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVAN WEAVER,<br><br>                Plaintiff(s),<br>v.<br><br>TAMPA INVESTMENT GROUP, LLC, et. al.,<br><br>                Defendant(s). | CASE NO. 5:12-cv-01117 EJD<br><br>**ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS, STRIKE AND FOR MORE DEFINITE STATEMENT; SCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>[Docket Item No(s). 61, 73, 80] |

Defendants' Motions to Dismiss, Strike and for More Definite Statement (Docket Item Nos. 61, 73, 80) are each DENIED in their entirety.[1] An explanation of the court's reasoning for this ruling will soon follow by separate docket entry.

The court schedules this action for a Case Management Conference at **10:00 a.m. on May 16, 2014.** The parties shall file Joint Case Management Statement on or before **May 9, 2014.**

**IT IS SO ORDERED.**

Dated: March 31, 2014

                                                EDWARD J. DAVILA
                                                United States District Judge

---

[1] The Motions for Joinder (92, 93, 95) are GRANTED.

1
CASE NO. 5:12-cv-01117 EJD
ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS, STRIKE AND FOR MORE DEFINITE STATEMENT; SCHEDULING CASE MANAGEMENT CONFERENCE