UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| EVAN WEAVER, | No. C 12-1117 EJD |
| Plaintiff, | |
| v. | **ORDER RE: ATTENDANCE AT MEDIATION** |
| TAMPA INVESTMENT GROUP, LLC, et al., | |
| Defendants. | Date:        October 23, 2014<br>Mediator:  Mark LeHocky |

IT IS HEREBY ORDERED that the request to excuse defendant John Bivona from appearing in person at the October 23, 2014, mediation before Mark LeHocky is GRANTED. Mr. Bivona shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

Counsel is also instructed to carefully review ADR L.R. 6-10(f), which requires that requests to be excused from appearing at a mediation session be made no later than fourteen days in advance of the session. Future late requests will not be considered.

IT IS SO ORDERED.

October 21, 2014                         By: _____
Dated                                                    Maria-Elena James
                                                         United States Magistrate Judge