UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVAN WEAVER,<br><br>    Plaintiff,<br><br>  v.<br><br>TAMPA INVESTMENT GROUP, LLC, et al.,<br><br>    Defendants. | Case No. 5:12-cv-01117 EJD<br><br>**PRETRIAL ORDER (JURY)** |

The above-entitled action is scheduled for a Preliminary Pretrial Conference on November 14, 2014. Based on the parties' Joint Preliminary Pretrial Conference Statement, the court has determined an appearance is unnecessary at this time. Accordingly, the Preliminary Pretrial Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the parties request to amend the scheduling deadlines is GRANTED and the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Fact Discovery Cutoff | December 15, 2014 |
| Designation of Opening Experts with Reports | December 22, 2014 |
| Designation of Rebuttal Experts with Reports | January 12, 2015 |
| Expert Discovery Cutoff | February 2, 2015 |
| Deadline for Filing Dispositive Motions | February 16, 2015 |
| Hearing on Anticipated Dispositive Motions | 9:00 a.m. on April 16, 2015 |
| Final Pretrial Conference | 11:00 a.m. on July 9, 2015 |

| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | June 25, 2015 |
|---|---|
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | June 29, 2015 |
| Jury Selection | 9:00 a.m. on July 21, 2015 |
| Jury Trial[1] | July 21-22, 2015; July 24, 2015; July 28-29, 2015; July 31, 2015 |
| Jury Deliberations | August 3-4, 2015 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re: Preliminary and Final Pretrial Conference and Trial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

The court advises the parties that this is the **final case schedule.**  All parties are expected to comply as directed above.  This schedule will not be amended further absent the presentation of good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated: November 10, 2014

_____
EDWARD J. DAVILA
United States District Judge

---

[1] Commencing January, 2015, jury trials will be held in full day sessions on Tuesdays, Wednesdays and Fridays, unless the Court specifies otherwise.  On the date set for jury selection, counsel should be prepared to commence trial proceedings immediately after a jury is identified.  The final trial schedule will be confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order Re Pretrial Preparation."

Case No.: 5:12-cv-01117 EJD
PRETRIAL ORDER (JURY)