JOSEPH S. LEVENTHAL (221043)
jleventhal@leventhallaw.com
JOSHUA M. HEINLEIN (SBN 239236)
jheinlein@leventhallaw.com
THE LEVENTHAL LAW FIRM, APC
655 West Broadway, Suite 840
San Diego, CA 92101
Ph: (619) 356-3518
Fx: (619) 615-2082

Attorneys for Defendants FELIX INVESTMENTS, LLC and JOHN BIVONA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EVAN WEAVER,<br><br>             Plaintiff,<br><br>v.<br><br>TAMPA INVESTMENT GROUP, LLC, HALCYON CABOT PARTNERS LTD., FELIX INVESTMENTS, LLC and JOHN BIVONA,<br><br>             Defendants. | CASE NO. 5:12-CV-1117 EJD<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE SELECTED PRETRIAL AND TRIAL DATES**<br><br>Judge: Honorable Edward J. Davila<br>Dept. 4, 5th Floor |

      Plaintiff Evan Weaver and Defendants Tampa Investment Group, LLC, Halcyon Cabot Partners Ltd., Felix Investments, LLC, and John Bivona (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

      WHEREAS, on November 10, 2014, the Court issued an Order setting the trial date and related dates in this matter (ECF No. 129);

WHEREAS, counsel for Defendants Felix Investments, LLC and John Bivona, Mr. Leventhal, has a conflicting case-related hearing in another matter that arose after the date of the Court's Scheduling Order;

WHEREAS, the Parties are willing to continue certain dates to accommodate Mr. Leventhal's conflict;

NOW, THEREFORE, the Parties jointly stipulate to continue the following deadlines, subject to the Court's approval:

| EVENT | EXISTING DATE | STIPULATED DATE |
|---|---|---|
| Final Pretrial Conference | 11:00 a.m. on July 9, 2015 | 11:00 a.m. on September 10, 2015 |
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | June 25, 2015 | August 27, 2015 |
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | June 29, 2015 | August 27, 2015 |
| Jury Selection | 9:00 a.m. on July 21, 2015 | 9:00 a.m. on September 22, 2015 |
| Jury Trial | July 21-22, 2015; July 24, 2015; July 28-29, 2015; July 31, 2015 | September 22-23, 2015; September 25, 2015; September 29-30, 2015; October 2, 2015 |
| Jury Deliberations | August 3-4, 2015 | October 5-6, 2015 |

**IT IS SO STIPULATED.**

DATED: February 13, 2015                    THE LEVENTHAL LAW FIRM, APC


By:/s/Joseph S. Leventhal
    JOSEPH S. LEVENTHAL (221043)
    Attorneys for Defendants
    FELIX INVESTMENTS, LLC and JOHN BIVONA

/./././

/./././

/./././

DATED: February 13, 2015                THOMPSON HINE LLP

By: /s/Maranda E. Fritz
    MARANDA E. FRITZ (8060)
    Attorneys for Defendant
    HALCYON CABOT PARTNERS LTD

DATED: February 13, 2015                THE KING LAW GROUP

By: /s/David A. King
    DAVID A. KING (212439)
    Attorneys for Defendant
    TAMPA INVESTMENT GROUP, LLC

DATED: February 13, 2015                COTCHETT, PITRE & McCARTHY, LLP

By: /s/Mark C. Molumphy
    MARK C. MOLUMPHY (168009)
    Attorneys for Plaintiff
    EVAN WEAVER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____
THE HON. EDWARD J. DAVILA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA