AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

EVAN WEAVER

               Plaintiff (s),

V.

TAMPA INVESTMENT GROUP, LLC, et al.

               Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:12-CV-1117 EJD PSG

Notice is hereby given that, subject to approval by the court, __John Bivona__ substitutes
(Party (s) Name)

__Pro Se__ , State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Joseph S. Leventhal and Joshua M. Heinlein of The Leventhal Law Firm, APC__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: John Bivona
    Address: 600 East Crescent Avenue, Suite 205, Upper Saddle River, New Jersey, 07458-1846
    Telephone: (646) 415-7252      Facsimile _____
    E-Mail (Optional): johnv@bivonalaw.com

I consent to the above substitution.
Date: 4/14/15      _____ (Signature of Party (s))

I consent to being substituted.
Date: 4/14/15      _____ (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4/14/15      _____ (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____      _____ Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]