UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVAN WEAVER,<br><br>    Plaintiff,<br><br>    v.<br><br>TAMPA INVESTMENT GROUP, LLC, et al.,<br><br>    Defendants. | Case No. 5:12-cv-01117-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 164 |

Having reviewed the parties' Joint Case Management Conference Statement filed on July 10, 2015 (Docket Item No. 164), the court has determined that a Case Management Conference is unnecessary at this time given that Defendants John Bivona and Felix Investments, LLC are now represented by counsel (Docket Item No. 159) and the previously-imposed stay has expired.

Accordingly, the Case Management Conference scheduled for July 16, 2015, is VACATED. The parties shall comply with the schedule that was in effect prior to the stay.

**IT IS SO ORDERED.**

Dated: July 13, 2015

EDWARD J. DAVILA
United States District Judge