UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk of Court

General Court Number
408-535-5363

August 12, 2015

Superior Court County of Santa Clara
191 N. First Street
San Jose, CA., 95113

**RECEIVED**
AUG 1 7 2015

RE: Evan Weaver v. Tampa Investment Group, LLC, et al.
    5:12-cv-01117-EJD

Your Case Number: 112CV217949

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   X)   Certified copies of docket entries

   X)   Certified copies of Remand Order

   ( )  Other

   Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

*Cindy Hernandez*

by: Cynthia Hernandez
Case Systems Administrator
408-535-5386